UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE J. WALTON, #239393,

       Plaintiff,                                     No. 05-70363

v.                                                District Judge Denise Page Hood

WAYNE COUNTY SHERIFF'S        Magistrate Judge R. Steven Whalen
DEPARTMENT, ET. AL.,

       Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Motion for Dissolution of Order Granting Enlargement [Doc. #38], apparently related to the time for Defendants to respond to Plaintiff's dispositive motions. The Court never entered an order granting anyone an enlargement of time, so it is unclear what the Plaintiff is asking the Court to dissolve. In addition, the Court has this day filed a Report and Recommendation that Plaintiff's dispositive motions be denied. The Plaintiff's motion is therefore moot, in any event.

Accordingly, Plaintiff's Motion for Dissolution [Doc. #38] is DENIED.

SO ORDERED.

                                                               S/R. Steven Whalen
                                                               R. STEVEN WHALEN
                                                               UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 7, 2006.

                                                S/G. Wilson  
                                                Case Manager