UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE J. WALTON, #239393,

    Plaintiff,          No. 05-70363

v.          District Judge Denise Page Hood

WAYNE COUNTY SHERIFF'S          Magistrate Judge R. Steven Whalen
DEPARTMENT, ET. AL.,

    Defendants.
_____/

## ORDER

Plaintiff has filed the following motions:

-Motions to Extend time for Service on Defendant Smiddy [Docket #59 and #60].

-Motion to Extend Time to Respond to Answer to Amended Complaint [Docket #64].

-Motion for Appointment of Counsel [Docket #67].

-Motion for Production of Documents [Docket #68].

The motions to extend time for service on Smiddy [Docket #59 and #60]will be DENIED AS MOOT, since Smiddy has been served and has filed a responsive pleading (Motion for Summary Judgment).

Plaintiff's Motion to Extend Time to Respond to Answer to Amended Complaint [Docket #64] is DENIED AS MOOT.

As to the motion to appoint counsel and the motion to produce documents: the undersigned has filed a Report and Recommendation, recommending that summary judgment be granted to all Defendants, and that the Complaint be dismissed with prejudice. These motions [Docket #67 and #68] will therefore be DENIED.

    SO ORDERED.

                            S/R. Steven Whalen

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 30, 2007.

S/G. Wilson
Judicial Assistant