UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSE J. WALTON, #239393,

       Plaintiff,                                       No. 05-70363

v.                                                          District Judge Denise Page Hood

WAYNE COUNTY SHERIFF'S             Magistrate Judge R. Steven Whalen
DEPARTMENT, ET. AL.,

       Defendants.
_____/

**ORDER DENYING MOTION FOR IMMEDIATE CONSIDERATION
AND STAYING PROCEEDINGS**

Before the Court is Plaintiff's Motion for Immediate Consideration and Rulings on all Motions [Docket #116].

On September 26, 2007, Judge Hood denied summary judgment as to Defendant Terrance Reed, and granted summary judgment to all other Defendants. On October 5, 2007, I entered a scheduling order setting cut-off dates for discovery and dispositive motions. Subsequently, Plaintiff has filed a number of discovery-related motions.

On October 17, 2007, I conditionally granted Plaintiff's motion to appoint counsel. Since that time, the Court has attempted to find *pro bono* counsel to represent the Plaintiff, with no success. One attorney expressed interest, but declined after reviewing the file. Another attorney is reviewing the file, but has not as yet informed the Court if he is willing to take the case.

Until an attorney agrees to represent the Plaintiff, or until it becomes clear that the Court will be unable to find such an attorney, it makes sense to stay further proceedings, including discovery, discovery motions, and dispositive motions. Therefore,

Plaintiff's motion for immediate consideration [Docket #116] is DENIED.

The scheduling order entered on October 5, 2007 [Docket #84] is VACATED.

All discovery and motions are STAYED pending further order of this Court.

SO ORDERED.

S/R. Steven Whalen  
R. STEVEN WHALEN  
UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 2, 2008.

S/G. Wilson  
Judicial Assistant